

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

August 26, 2023

**Via ECF**:
The Honorable Jose R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

      Re:    ***Hernandez v. Lexi Industries LLC d/b/a Rob's Carpet and Flooring, and Robert Joles, as an individual***
              Civil Docket No.: 22-cv-00420 (JRA)

Dear Judge Almonte:

      We represent Plaintiff in the above-referenced action and we submit this letter motion in further support of yesterday's motion to adjourn the August 28, 2023 Status Conference in light of the fact that the parties have now reached a settlement in this matter. The parties continued their negotiations over the weekend and have reached a resolution this afternoon.

      As the parties have now reached a settlement, we kindly ask that the August 28, 2023 Conference be adjourned *sine die*.

      As this matter involves claims asserted under the Fair Labor Standards Act, we request three weeks to file the necessary documentation for the Court's review and approval. If this request is granted, the documents can be submitted on or before September 18, 2023.

      We thank Your Honor for his kind consideration on this matter, and we remain available to provide any additional information.

                                                                 Respectfully submitted,

                                                                 /s/Roman Avshalumov_____
                                                                 Roman Avshalumov, Esq.

**CC via ECF**:
Evan L. Goldman, Esq.
GOLDMAN DAVIS, P.C.
Three University Plaza
Hackensack, NJ 07602
Tel: 201-488-2600
Email: egoldman@goldmandavis.com
*ATTORNEYS FOR THE DEFENDANTS*